FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 1 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA 09-158 M |
| v. | |
| Young, christopher Tyrone | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _____*def*_____ , IT IS ORDERED that a detention hearing is set for __*Tuesday, April 21, 2009*__ , at __*1:45*__ ☐a.m. / ☒p.m. before the Honorable __*Robert N Block*__ , in Courtroom __*6 B*__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___*4/15/09*___

**ROBERT N. BLOCK**

U.S. District Judge/Magistrate Judge

---